IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                    RESPONDENT

v.                                             Criminal No. 4:12-cr-40011
                                               Civil No. 4:15-cv-4014

SAMUEL B. GARRISON                                                                               MOVANT

**ORDER**

Before the Court is the Report and Recommendation filed June 22, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 57. Judge Bryant recommends that Movant Samuel B. Garrison's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence be denied. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Movant Garrison's motion (ECF No. 48) is **DENIED** and his claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 16th day of December, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge