IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                    RESPONDENT

v.                        Case No. 4:12-cr-40011
                          Case No. 4:19-cv-4005

SAMUEL B. GARRISON                                                              MOVANT

## **ORDER**

Before the Court is the Report and Recommendation filed August 12, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 81. Judge Bryant recommends that Movant Samuel B. Garrison's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to U.S.C. § 2255 (ECF No. 73) be denied and that this case be dismissed with prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto.* Accordingly, Garrison's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to U.S.C. § 2255 (ECF No. 73) is **DENIED** and this case is **DISMISSED WITHOUT PREJUDICE**. Further, the Court finds that an appeal from dismissal would not be taken in good faith and that no certificate of appealability should be issued.

**IT IS SO ORDERED**, this 9th day of September, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge